U.S. District Court, Middle District of Louisiana
Admitted Exhibits Log for: 14-CV-338-JWD-RLB-TRIAL
GEORGE V. LA DEPARTMENT OF PUBLIC SAFETY and CORRECTIONS, ET AL, 6/27/2016

| Exhibit | Rls | Description |
| --- | --- | --- |
| Pla-1 | No | Conditional DC Order 12-15-08 |
| Pla-2 | No | Letter to Moore re PEC 6-22-09 |
| Pla-3 | No | CR Checklist 7-22-09 |
| Pla-4 | No | Letter to Moore-Vosburg Eval 12-10-09 |
| Pla-5 | No | Letter to Moore-PEC 3-23-10 |
| Pla-6 | No | Letr to Moore-Inc Report 10-26-10 |
| Pla-7 | No | DFC Status Rpt 10-14-11 |
| Pla-8 | No | DFC Episode Rpt 5-24-13 |
| Pla-9 | No | Tubbs Review Req 5-10-13 |
| Pla-10 | No | Letter to Progressive 7-29-13 |
| Pla-11 | No | Notice to Court 8-12-13 |
| Pla-12 | No | DFC Status Rpt 12-5-13 |
| Pla-13 | No | Kelly Discharge Summ 7-1-14 |
| Pla-14 | No | Forensic Episode Rpt 8-22-14 |
| Pla-15 | No | Eric Brady CR Monthly Revs 12-08_1-15 |
| Pla-16 | No | ELMHS Cond Rel Policies 2-20-15 |
| Pla-17 | No | TG`s EBRPP Records 3-19-15 |
| Pla-18 | No | CFS Brady Monthly Rev Rpts 2-11_8-14 |
| Pla-19 | No | Tubbs Narrative Rpt 1-09_9-14 |
| Pla-20 | No | Transmission Rpt to Sheriff 7-1-14 |
| Pla-21 | No | Probation Plan Narrative 1-26-09 |
| Pla-22 | No | Cond Release Order 2-3-16 |
| Pla-23-a | No | Photo Trussell 2008 at Home |
| Pla-23-b | No | Photo TG 5-20-14 ELMHS |
| Pla-23-c | No | Photo TG 3-14-14 ELMHS |
| Pla-23-d | No | PhotoTG 7-1-14 EBRPP |
| Pla-24 | No | Trial Stipulations |
| Def-1 | No | Forensic Episode Report[3-24-10] |
| Def-2 | No | Forensic Episode Report[6-16-09] |
| Def-3 | No | Forensic Episode Report[5-24-13] |
| Def-4 | No | Letter to Judge Moore re request for review hearing [6-10-13] |
| Def-5 | No | Ltr. to Judge Moore re request for revocation hearing |
| Def-6 | No | Mental Status Examination[4-26-12] |
| Def-7 | No | Mental Status Examination[10-17-12] |
| Def-8 | No | Ltr. from Dr. Vosburg re Risk Assessment[4-25-14] |
| Def-9 | No | Medical Records produced by ELMHS[2006-2014] |
| Def-9-A | No | Exerpts of Exhibit 9 |
| Def-10 | No | Risk Assessment performed by E. Brady[12-10-09] |